PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
AMBER S. HEALY (State Bar No. 232730)
ahealy.loph@gmail.com
KATHERINE GIROLAMO (State Bar No. 281662)
kgirolamo@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone:  (213) 612-0988
Facsimilie:  (213) 947-1211

Attorneys for Plaintiff
Vernon Michael Lambson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MICHAEL LAMBSON, as an individual and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware corporation;, and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | CASE NO.:  3:11-CV-06669-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1

2

**STIPULATION**

3        Plaintiffs Vernon Michael Lambson ("Plaintiff") and Defendant The Ritz-Carlton Hotel

4   Company, LLC ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

5        **WHEREAS**, on April 13, 2012 the Parties attended a Scheduling Conference with the

6   Court and notified the Court, among other things, that the Parties had agreed to a mediation with

7   private mediator David Rotman that would occur no later than October 3, 2012;

8        **WHEREAS**, on April 13, 2012 the Court entered an Order setting a Case Management

9   Conference for September 7, 2012;

10       **WHEREAS**, due to their own schedules as well as the mediator's schedule, the

11  mediation before David Rotman ultimately was scheduled for September 11, 2012;

12       **WHEREAS**, the Parties have been preparing for the mediation with mediator Rotman

13  on September 11, 2012 and wish to conserve their resources and the resources of the Court by

14  focusing on this mediation prior to a further Case Management Conference with the Court;

15       **IT IS HEREBY STIPULATED**, by the Parties that the Case Management Conference

16  be continued from September 7, 2012 to September 28, 2012 or a date thereafter that is convenient for

17  the Court.   The Parties will file statements advising the Court of post-mediation status and case

18  management issues in advance of the continued Case Management Conference.

19  DATED:        August 28, 2012            LAW OFFICES OF PETER M. HART

20                                          By:  /s/ Amber S. Healy_____
                                                 Peter M. Hart
21                                               Amber S. Healy
                                                 Attorney for Plaintiffs
22

23  DATED:        August 28, 2012            O'MELVENY & MYERS, LLP

24                                          By:  /s/ Adam P. KohSweeney_____
                                                 Adam P. KohSweeney
25                                               Meghann H. Hiscocks
                                                 Attorneys for Defendant THE RITZ-
26                                               CARLTON HOTEL COMPANY, LLC

27

28

1

**[PROPOSED] ORDER**

2

3            The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT

4     IS HEREBY ORDERED that:

5            The Case Management Conference shall be continued from September 7, 2012 at 8:30
             October
6     a.m. to ~~September~~ 05 , 2012 at 8:30 a.m. .

7

8

9     DATED:        August 28, 2012

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE (3:11-CV-06669-CRB )