PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
AMBER S. HEALY (State Bar No. 232730)
ahealy.loph@gmail.com
KATHERINE GIROLAMO (State Bar No. 281662)
kgirolamo@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff
Vernon Michael Lambson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MICHAEL LAMBSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation; THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware Corporation; and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 3:11-cv-06669-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge:   Hon. Charles R. Breyer |

Plaintiff Vernon Michael Lambson ("Plaintiff") and Defendant and The Ritz-Carlton Hotel Company, LLC ("Ritz-Carlton") ("Defendant") (collectively the "Parties") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, Counsel for the Parties, have met and conferred regarding the filing of a Second Amended Complaint ("SAC");

**WHEREAS**, the SAC will (i) add representative plaintiff, Dinora Martinez, (ii) delete certain causes of action and allegations, (iii) add certain causes of action including a claim under Labor Code § 2698, *et seq.*, the Private Attorneys General Act ("PAGA"), (iv) and will revise class definitions;

**WHEREAS**, without agreeing to the propriety of the same, Ritz-Carlton does not oppose such an amendment, subject to reserving all its rights and defenses (including, by way of example but not of limitation, all arguments regarding the substantive allegations, the propriety of class certification, relations back for limitations purposes, and whether Plaintiff Lambson's and proposed Plaintiff Martinez' claims can or should be brought in the same action);

**NOW, THEREFORE**, the parties hereby stipulate and agree as follows:

1) Plaintiff may file a Second Amended Complaint, a copy of which is attached as **Exhibit A**.

2) Upon entry of the Court's Order permitting the filing of the Second Amended Complaint, the Second Amended Complaint shall be deemed served. Defendant Ritz-Carlton shall have thirty (30) days from the date of entry of said order to answer or otherwise respond to the Second Amended Complaint.

Dated: October 24, 2012          LAW OFFICES OF PETER M. HART

                                              By: /s/ Peter M. Hart
                                                  Peter M. Hart
                                                  Attorneys for Plaintiff

Dated: October 24, 2012          O'MELVENY & MYERS LLP

By: /s/ Adam P. KohSweeney
Adam P. KohSweeney
Attorneys for Defendants Marriott
International, Inc. and The Ritz-Carlton
Hotel Company, LLC

## **ATTESTATION OF CONCURRENCE**

Pursuant to the Court's General Order 45, Section X(B), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 24th day October, 2012, in Los Angeles, California.

/s/ Peter M. Hart
Peter M. Hart

# [PROPOSED] ORDER

This Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File A Second Amended Complaint.

Good cause appearing therefore, it is hereby ordered that the Stipulation is **GRANTED**. Plaintiff shall have leave to file the Second Amended Complaint and Defendant shall have thirty (30) days from the date of entry of this Order to answer or otherwise respond, subject to all the understandings and limitations set out in the parties' Stipulation.

**IT IS SO ORDERED.**

DATED: Oct. 25, 2012



_____
Honorable Charles R. Breyer
United States District Judge

- 1 -